Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Ronald Lansing

## UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| Ronald Lansing, | ) | Case No.: 2:10-cv01940-ROS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| Enhanced Recovery Corporation, | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, Ronald Lansing, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: October 14, 2010        KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Brooke Letterle, hereby certify that a copy of the foregoing was served via ELECTRONIC MAIL upon the following:

Ginny L. Walker
Director of Compliance and Administration
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256
gwalker@erccollections.com

Dated: October 14, 2010               By: /s/ Brooke Letterle
                                      Brooke Letterle
                                      Paralegal
                                      Krohn & Moss, Ltd
                                      120 W. Madison Street, 10th Fl.
                                      Chicago, IL 60602
                                      bletterle@consumerlawcenter.com