IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Lansing,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Enhanced Recovery Corporation,<br><br>　　　　Defendant. | CV 10-01940-PHX-ROS<br><br>**ORDER** |

　　　The Court having been notified that this matter has settled in its entirety (Doc. 5),

　　　**IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's Office without further notice on **November 18, 2010**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

　　　**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

　　　**IT IS FURTHER ORDERED** vacating any scheduled hearings and/or trial date.

　　　DATED this 18th day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　United States District Judge